JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAPLUIE, INC., | ) CASE NO. CV 11-02548 MMM (SSx) |
| Plaintiff, | ) |
| vs. | ) JUDGMENT FOR DEFENDANT |
| HEATHER MILLS, | ) |
| Defendant. | ) |

On April 30, 2012, the court entered an order granting defendant's motion for summary judgment. Accordingly,

IT IS ORDERED AND ADJUDGED

1. That plaintiff take nothing by way of its complaint;

2. That the action be, and it hereby is, dismissed; and

3. That defendant recover her costs of suit herein.

DATED: April 30, 2012

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE